PROB 12C
(7/93)

Report Date: June 26, 2012

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
Eastern District of Washington

JUN 26 2012

JAMES R. LARSEN, Clerk
_____ Deputy
Spokane, Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian Vince Botzon         Case Number: 2:00CR00216-001

Address of Offender: ▆▆▆▆▆▆▆▆▆ Spokane, WA ▆▆▆▆

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 3/8/2002

Original Offense:    Armed Bank Robbery, 18 U.S.C. § 2113(d)

Original Sentence:   Prison - 140 Months         Type of Supervision: Supervised Release
                     TSR - 60 Months

Asst. U.S. Attorney: Joseph H. Harrington        Date Supervision Commenced: 6/10/2011

Defense Attorney:    Federal Defenders Office    Date Supervision Expires: 6/9/2016

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: Mr. Botzon has failed to comply with his scheduled drug testing requirements. Mr. Botzon failed to submit to urine testing on May 14, June 11, and June 20, 2012.
2 | **Special Condition # 18:** You shall undergo a substance abuse evaluation as directed by the supervising probation officer, and if indicated, enter into and successfully complete an approved substance abuse treatment program. including aftercare. You shall allow full reciprocal disclosure between the probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability, as determined by the supervising probation officer.<br><br>**Supporting Evidence**: Mr. Botzon completed his court-ordered substance abuse evaluation as directed on October 17, 2011, at Pioneer Counseling Services. It was recommended that Mr. Botzon complete level 1.0 - outpatient alcohol/drug treatment. As of this date, Mr.

Prob12C
Re:  Botzon, Brian Vince
June 26, 2012
Page 2

        Botzon is out of compliance with his recommended treatment. According to the monthly treatment reports from Pioneer Human Services, Mr. Botzon has not attended any treatment since March 29, 2012.

3        **Standard Condition # 6:** The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.

        **Supporting Evidence**: On June 21, 2012, the undersigned officer conducted an unannounced home visit at Mr. Botzon's last known address. Upon arrival at the residence, an unidentified female answered the door and indicated Brian Botzon had not been at the residence for 3 days and had changed his phone number. I again tried to reach out to Mr. Botzon on June 26, 2012, by telephone. The undersigned was told by Mr. Botzon's brother, Robert, that he had not seen Mr. Botzon in over a week and that he did not know how to reach him. As of this date, Mr. Botzon's whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/26/2012

s/Patrick J. Dennis

Patrick J Dennis
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other

_Signature of Judicial Officer_

6/26/2012
Date