PROB 12A
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 09, 2014

SEAN F. MCAVOY, CLERK

# United States District Court

## for the

## Eastern District of Washington

## Report on Offender Under Supervision
***(No Action Requested)***

Name of Offender: Brian Vince Botzon | Case Number: 2:00CR00216-RHW-1

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 8, 2002 | Type of Supervision: Supervised Release

Original Offense: Armed Bank Robbery, 18 U.S.C. § 2113(d) | Date Supervision Commenced: September 18, 2013

Original Sentence: Prison - 140 months
TSR - 60 months | Date Supervision Expires: July 17, 2017

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.<br><br>**Supporting Evidence**: On October 2, 2014, Brian Botzon failed to appear for a random urinalysis (UA) test at Adept. On October 3, 2014, the undersigned officer attempted to make telephone contact with Mr. Botzon regarding the missed UA. When he didn’t answer, the undersigned officer left a message for him to call his probation officer immediately. Mr. Botzon contacted his supervising officer on October 4, 2014, however, as it was a Saturday, Mr. Botzon was directed to report on the following Monday, October 6, 2014. Brian Botzon reported to the U.S. Probation Office on October 6, 2014, and provided a urine sample for drug testing. The sample tested presumptive positive for marijuana. Mr. Botzon signed an admission of use form indicating use on or about October 3, 2014. |

**U.S. Probation Officer Action**:

Brian Botzon has been in compliance since he provided a urine sample on April 28, 2014, that tested positive for marijuana. At that time, Mr. Botzon was ordered to remain in treatment and attend two meetings per month with a chemical dependancy professional. As an intermediate sanction for the current violation, the undersigned officer verbally warned Mr. Botzon about the consequences of using a controlled substance. He admitted that he became stressed about missing a urine test, and believed that he was going to jail on Monday. The violation process was explained to Mr. Botzon, and he was made aware that missing a urine test is not a violation as long as he can provide a clean test within a reasonable time frame. Mr. Botzon will remain in treatment until he is successfully discharged, and remain on random drug screening at the frequency of two times per month for a minimum of 3 months.

It is hoped that the intermediate sanction imposed meets the expectations of the Court. Please advise should Your Honor require a different course of action or an appearance by the offender.

I declare under penalty of perjury that the foregoing is true and correct.

Executed On: October 7, 2014

s/Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

---

[ X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

October 9, 2014

Date