PROB 12C
(7/93)

Report Date: July 10, 2015

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 15, 2015

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brian Vince Botzon | Case Number: 0980 2:00CR00216-RHW-1 |
| Address of Offender: ███████████████ | |

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 8, 2002

| | | | |
|---|---|---|---|
| Original Offense: | Armed Bank Robbery, 18 U.S.C. § 2113(d) | | |
| Original Sentence: | Prison 140 months;<br>TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: September 18, 2013 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 17, 2017 | |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/23/2015.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 3**: The offender shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On June 29, 2015, while present at the U.S. Probation Office, Mr. Botzon was directed to again report to the U.S. Probation Office on Monday July 6, 2015. Mr. Botzon agreed to report on the date indicated. On July 6, 2015, at approximately 1500 hours, the undersigned officer received a phone call from Mr. Botzon who stated that he had forgotten about the appointment, and inquired if he could report to the office tomorrow (July 7, 2015). The undersigned officer notified Mr. Botzon that the change was acceptable, but that he would need to explain upon arriving to the office why he had disregarded the directive, and he agreed to do so. |
| | On July 8, 2015, after not seeing or hearing from Mr. Botzon on July 7, 2015, as previously directed, the undersigned officer placed a call to him, and again directed him to report to U.S. probation. Mr. Botzon reported as directed to the office on July 8, 2015, and was unable to provide any legitimate reason for his two consecutive missed reporting dates. |

Prob12C
Re: Botzon, Brian Vince
July 10, 2015
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 10, 2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Robert A Whaley
Signature of Judicial Officer

July 15, 2015
Date