PROB 12C
(7/93)

Report Date: September 3, 2015

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2015

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Brian Vince Botzon | Case Number: 0980 2:00CR00216-RHW-1 |
| Address of Offender: | |

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 8, 2002

| | | |
|---|---|---|
| Original Offense: | Armed Bank Robbery, 18 U.S.C. § 2113(d) | |
| Original Sentence: | Prison 140 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: September 18, 2013 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 17, 2017 |

## PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 06/23/2015 and 07/10/2015.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition # 24**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |
| | **Supporting Evidence**: Mr. Botzon is currently participating in inpatient chemical dependency treatment at Sun Ray Court. According to the monthly report received from Sun Ray Court dated July 31, 2015, upon completing the intake process with their facility on July 21, 2015, Mr. Botzon submitted to a urinalysis test that was positive for Ethyl Glucuronide. Presence of the listed substance is consistent with Mr. Botzon drinking alcohol prior to his submission to inpatient treatment. According to Sun Ray Court staff, when confronted, Mr. Botzon admitted to drinking two "Earthquake" alcoholic beverages on July 20, 2015. |

Prob12C
**Re: Botzon, Brian Vince**
**September 3, 2015**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/03/2015

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_/s/ Robert H. Whaley_
Signature of Judicial Officer

September 10, 2015
Date