PROB 12C
(6/16)

Report Date: January 11, 2017

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 11 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian Vince Botzon        Case Number: 0980 2:00CR00216-RHW-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: March 8, 2002

Original Offense:        Armed Bank Robbery, 18 U.S.C. § 2113(d)

Original Sentence:       Prison - 140 months;            Type of Supervision: Supervised Release
                         TSR - 60 months

Revocation               Prison - 14 months;
Sentence:                TSR - 46 months
(11/9/2012)

Asst. U.S. Attorney:     Joseph H. Harrington            Date Supervision Commenced: September 18, 2013

Defense Attorney:        Benjamin Flick                  Date Supervision Expires: July 17, 2017

---

### PETITIONING THE COURT

**To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/23/2016.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number         Nature of Noncompliance

4                        **Special Condition # 22**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance.

                         **Supporting Evidence**: On January 6, 2017, the undersigned officer received notification from Alcohol Drug Education Prevention and Treatment (ADEPT) that on January 5, 2017, Mr. Brian Botzon reported for random testing as required and submitted to Breathalyzer testing, the results of which was a blood alcohol content of .05.

                         On January 6, 2017, Mr. Brian Botzon reported to U.S. Probation as required to submit his monthly report. Mr. Botzon subsequently admitted to ingesting alcohol the night prior to the test and indicated that he drank two beers. Mr. Botzon signed a drug use admission form documenting the use.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: January 11, 2017

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

## THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [ ] The Issuance of a Summons
- [X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

Signature of Judicial Officer

January 11, 2017
Date